**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| CRUZ GONZALEZ, JR., | § | |
| (a/k/a Cruz Gonzalez) | § | |
| (a/k/a Cruz Gonzales, Jr.) | § | |
| (a/k/a Cruz Gonzales) | § | |
| (TDCJ-CID #1503245) | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION H-12-3266 |
| | § | |
| WARDEN CARTER, *et al.,* | § | |
| | § | |
| Defendants. | § | |

**ORDER**

On May 30, 2013, this court denied Gonzalez's motion to proceed as a pauper, and dismissed his complaint as barred by the three-strikes rule of 28 U.S.C. § 1915(g).  (Docket Entry No. 20). Gonzalez's second application to proceed as a pauper, (Docket Entry No. 26), and motion for the appointment of counsel, (Docket Entry No. 25), are denied as moot.

SIGNED on July 8, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge